PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**F I L E D**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

FEB 2 3 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

Robert Ray Roberts JR 1099836
**Plaintiff's Name and ID Number**

Bexar County Adult Detention Center
200 N. comal St. SA, Tx 78207
**Place of Confinement**

**SA21CA0174FB**

CASE NO._____
(Clerk will assign the number)

v.

TEXAS DEPARTMENT OF FAMILY CHILD Protective Services
Services (Bexar county) san Antonio
5535 SE Military DL, SA, Tx 78223
**Defendant's Name and Address**

San Antonio Police Department
315 South SANTOROSA SA, Tx 78207
**Defendant's Name and Address**

City of San Antonio, Texas
100 Military Plaza SA, Tx 78205
**Defendant's Name and Address**
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00.**

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis.* In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  **PREVIOUS LAWSUITS:**

    A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? __YES __NO

    B.  If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

        1.  Approximate date of filing lawsuit:_____

        2.  Parties to previous lawsuit:

           Plaintiff(s)_____

           Defendant(s)_____

        3.  Court: (If federal, name the district; if state, name the county.)_____

        4.  Cause number:_____

        5.  Name of judge to whom case was assigned: _____

        6.  Disposition: (Was the case dismissed, appealed, still pending?) _____

        7.  Approximate date of disposition:_____

II.   PLACE OF PRESENT CONFINEMENT: _Bexar County Adult Detention Center 200N. comal St 5th 78207_

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?      ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _____

_____

_____

B. Full name of each defendant, his official position, his place of employment, and his full **mailing** address.

Defendant #1: _Daniel Gonzales Snpd Supervisor #3251 315 south SantaRosa San Antonio, 78207_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_He went into my Home without permission or a warrent_

Defendant #2: _David Bierman Detective snpd 2334 7130 Hwy 90 West San Antonio, Texas_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_He made up Page 4 of his Charge and Disposition Report_

Defendant #3: _Jeanna Obermayr Cps Caseworker 3635 SE Military San Antonio Texas 78223_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Lied under Oath in A termination Case Multiple times on Record_

Defendant #4: _Monica Montoya cps investigator 3635 SE Military Dr. 78223_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Lied About her report. Affidivit in Support of Non-Exigent Removal of children_

Defendant #5: _Cecilia Herrera Cps Supervisor 3635 SE Military Dr. San Antonio TX_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Not reporting facts Accurately in the interest of the children as Supervisor_

## V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Sapd officer Daniel Gonzales #3251 Came to my home, Left my home and came back an hour Later with no warrent and Came into my Home with out Permission. I viewed Coban of Sapd officer Dmitriev #912 asked #3251 Does Jurnee root Journey have a warrent he said "No" when in fact she had A felony warrent for Possesion in a school zone. Per DVD of #912 and #3251 Didnt Know whom they were to Locate officer Gonzales #3251 Didn't have Sapd report 1423654 that was available to him at all times, un written Procedure or Policy that trainees Police know Better But ignore.

## VI.   RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

4 million Dollars for Pain and suffering, defamation of Character. Immediately Implement policies, procedures and hiring and training processes to prevent future violations. Promote the best Interest of the Children. An order requiring the removal of my name from Data.

## VII.  GENERAL BACKGROUND INFORMATION:

A.   State, in complete form, all names you have ever used or been known by including any and all aliases.

Robert Ray Roberts II, Robert Roy Roberts, Robert Roberts, Robert Ray.

B.   List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ   TEXAS FBI   Nevada
555116  1099836  1498673

## VIII. SANCTIONS:

A.   Have you been sanctioned by any court as a result of any lawsuit you have filed?    ___YES  ✓ NO

B.   If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.   Court that imposed sanctions (if federal, give the district and division): _____

2.   Case number: _____

3.   Approximate date sanctions were imposed: _____

4.   Have the sanctions been lifted or otherwise satisfied?                      ___YES ___NO

- CONTINUE - V. STATEMENT OF CLAIM

(#2) DAVID Bierman Detective snpd #2334 made up Page 4 of 12. of his Charge and Disposition report. Document 2,3,4 . 11/27/2017 never happenal there is NO Snpd 17261775. HE States Snpd report 1423654 was Generated 11/27/2017 when it was generated 12/28/2017 that rport police Say they CNT go into my home without permission or warrent the three officers left my Home without incident. However he Claims Several officers Came A Crime Scene Investigator, witnesses. All of that never Happened. There was No Complainent At all But He States there was an interview with a sexual assault It All is fabricated. Bierman Claims Active Runnawy thats why they went into my Home When 18066205 States probable Cause. 12/7/2017 there was NO interview at the PSHQ or an interview at Childsafe. Following an un written Policy to indict, Pesecute indigent defendents

(#3) Jeanna Obermayr (PS) Casewalker In trial case 2018-PA-00816 Lied in court and later knew she lied. First She Stated Foster Parents Beat my Children. then she Stated She had NO Knowlege of that. She Stated I never Passed A U.A. when in fact I went to Quest DiagnostIcc 3859 E. SouthCross B SA Tx 78222 and She was the one that set up the Appointment. She Stated I never Started any Classes When in fact I went To Neighborhood Place 3014 Rivas Street Sn Tx 78228 for Parenting Classes until Foster Parents Started Beating my Children. She Knew We Had A 6 bedroom 2 1/2 bath ready for our children But she failed to state this for the Courts Consideration

-Continue-       V. Statement of claim

(#4) Monica Montoya Cps investigator lied on her Affidivit
emergency remount order Claiming on April 13, 2018 we lied about an
appointment for our child when in fact April 13, 2018 At San Antonio Children's
Surgical Center at 8:30am at 8706 Fredericksburg Rd SA Tx 78240
(210) 714-2488 we had Tonsillectomy sheduled. She Stated for me to give
her A drug swab she demanded or shed take the children I gave
it to her AND I Passed it too It was Negative. She
Stated if we didn't allow her entrance shed remove the children.
She never followed the Sfty Plan she Set out she just took
the children when we took them to Day Care. She Claimed
our oldest daughter was Sexully Abused when in fact that
was Proved to be a lie too. which isn't in the best interest of the
children

(#5) Cecilia Herrera. Cps Supervisor Knew of two
U.A. passed by me and of my working with Crimestopper that placed
my Ground drugs that Bonded to my hair at a faster rate Cause of
Melanin in my Hair. I gave her A Title 7 of the Civil rights Act of 1964
of the EEOC. She failed to report this or that we had A 6 bdroom
2½ bath that was $1,500.00. and she failed to report that I had Started
Classes She failed to Apply Policy to information or to help her
workers to implement procedures there is an unwritten Policy to
deny Parents rights, to take children from indigent defendants

C.  Has any court ever warned or notified you that sanctions could be imposed?        _____YES _✓_NO

D.  If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1.  Court that issued warning (if federal, give the district and division): _____

    2.  Case number: _____

    3.  Approximate date warning was issued: _____

Executed on: _2/12/2021_
                      DATE

_____
                                        (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1.  I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2.  I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3.  I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4.  I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5.  I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _(Friday) 12th_ day of _February_ , 20 _21_ .
                          (Day)                                    (month)                                  (year)

_____
                                        (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**